## EXHIBIT A

Joseph M. Morris III, Esq.
McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079
(973) 622-7711
Attorneys for Defendants,
Freehold Borough, Christopher Colanear and Christopher Otlowski

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MELVIN LOVE,<br><br>        Plaintiff,<br>v.<br>FREEHOLD BOROUGH, CHRISTOPHER COLANEAR, CHRISTOPHER OTLOWSKI, JOHN DOES 1-10, FREEHOLD BOROUGH POLICE OFFICERS, AND JOHN DOES 11-15 PERSONNEL OF THE FREEHOLD BOROUGH POLICE DEPARTMENT IN SUPERVISORY CAPACITIES,<br>        Defendants. | Civil Action No. 08-749(FLW)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

The matter in difference in the above-entitled action having been amicably resolved by and between Plaintiff, Melvin Love ("Plaintiff"), on the one hand, Defendants, Borough of Freehold (hereinafter, referred to as the "Borough"), Christopher Colaner and Christopher Otlowski (collectively referred to as "Defendants") and the New Jersey Intergovernmental Insurance Fund (hereinafter, referred to as the "NJIIF") on the other hand, (the Plaintiff, Defendants, and NJIIF being hereinafter referred to individually as a "Party" and collectively as the "Parties"), it is hereby stipulated and agreed by the attorneys for the respective parties that

1299420-1                                                                                                                                                  12

any and all claims by and between the Parties in the above action be and are hereby dismissed with prejudice and without costs to any of the Parties.

| THOMAS J. MALLON, ESQ.<br>Attorney for Plaintiff | MCELROY, DEUTSCH, MULVANEY &<br>CARPENTER, LLP<br>Attorneys for Defendants, Freehold Borough,<br>Christopher Colaner and Christopher Otlowski |
|---|---|
| By: _____<br>THOMAS J. MALLON | By _____<br>JOSEPH M. MORRIS III |
| Dated: 7-9-09 | Dated: 7/15/09 |